LYONS, BRANDT, COOK & HIRAMATSU
Attorneys at Law
A Law Corporation

BRADFORD F. K. BLISS   3161-0
STEFAN M. REINKE  3747-0
1800 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-7030
Facsimile:  (808) 533-3011
E-mail:  bbliss@lbchlaw.com
         sreinke@lbchlaw.com
Attorneys for Defendant/Third-Party Plaintiff
VICTAULIC COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DEG, LLC, a Delaware limited liability company and LEXINGTON INSURANCE COMPANY, a Delaware corporation, as subrogee of plaintiff DEG, LLC,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>VICTAULIC COMPANY, a foreign corporation and DOE CORPORATIONS I-X,<br><br>　　　　　Defendants. | CIVIL NO. CV07-00615 ACK KSC<br><br>FINDINGS AND RECOMMENDATION TO DENY WITHOUT PREJUDICE PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT<br><br>DATE:　November 9, 2009<br>TIME:　9:30 a.m.<br>JUDGE:　Kevin S. C. Chang |

|  |  |
|---|---|
| VICTAULIC COMPANY, a foreign corporation, | ) ) ) ) |
| Third-Party Plaintiff, | ) ) ) ) |
| vs. | ) ) |
| INGERSOLL FASTENERS, DIVISION OF IFASTGROUPE AND COMPANY LIMITED PARTNERSHIP; MECON HAWAII LIMITED and DOE ENTITIES II-X, | ) ) ) ) ) ) |
| Third-Party Defendants. | ) ) ) ) |
| MECON HAWAII LIMITED, | ) ) ) |
| Fourth-Party Plaintiff, | ) ) ) ) |
| ACUTRON COMPANY, INCORPORATED; HBM ACQUISITIONS, L.L.C., dba HAWAIIAN BUILDING MAINTENANCE; AND DOE ENTITIES 1-10, | ) ) ) ) ) ) ) ) |
| Fourth-Party Defendants. | ) ) ) ) |

2

FINDINGS AND RECOMMENDATION TO DENY WITHOUT PREJUDICE
PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT

This matter came on for hearing on November 9, 2009. The following counsel appeared at the hearing: Eric C. Hanson, via telephone conference call, for Plaintiffs DEG, LLC and Lexington Insurance Company; Bradford F. K. Bliss for Defendant/Third-Party Plaintiff Victaulic Company; Michael A. Yoshida for Third-Party Defendant Mecon Hawaii Limited; and Jeffrey H. K. Sia for Fourth-Party Defendant UNICCO Service Company dba Hawaii Building Maintenance. After careful consideration of the Plaintiffs' motion, supporting and opposing memoranda, and arguments of counsel, this Court hereby finds and recommends that the Plaintiffs' motion be denied without prejudice, for the reasons set forth below.

On July 13, 2009, following a mandatory settlement conference, the parties agreed to a settlement, the terms of which included a dismissal with prejudice of all claims between all parties and the payment of $75,000 by the Defendants to the Plaintiffs. A written Settlement Agreement and Release was circulated and approved as to form by counsel for all parties. Authorized representatives of all parties also signed the Settlement Agreement and Release, in counterparts, with the exception of Plaintiff DEG, LLC.

On September 11, 2009 a Stipulation for Dismissal With Prejudice countersigned in counterparts by counsel for all parties, including counsel for

3

Plaintiffs DEG, LLC and Lexington Insurance Company, was filed in this action resulting in the dismissal of all claims by and between all parties.  Plaintiffs' motion to enforce settlement agreement was filed herein on October 6, 2009, seeking a substantive modification of the terms of the Settlement Agreement and Release that had previously been signed by all other parties.

On the basis of the foregoing, this Court hereby finds and recommends that the Plaintiffs' Motion to Enforce Settlement Agreement, filed herein on October 6, 2009, be denied without prejudice on the ground that this Court lacks jurisdiction to rule upon the substantive terms of the settlement agreed to between the parties following the dismissal with prejudice of the pending civil action.

IT IS SO FOUND AND RECOMMENDED.

DATED at Honolulu, Hawaii, November 16, 2009.




Kevin S.C. Chang
United States Magistrate Judge

---

DEG, LLC, et al. v. Victaulic Company, et al.; CIVIL NO. CV07-00615 ACK KSC
FINDINGS AND RECOMMENDATION TO DENY WITHOUT PREJUDICE PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT