IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DEG, LLC, a Delaware limited liability company and LEXINGTON INSURANCE COMPANY, a Delaware corporation, as subrogee of plaintiff DEG, LLC., <br><br> Plaintiff(s), <br><br> vs. <br><br> VICTAULIC COMPANY, a foreign corporation and DOE CORPORATIONS I-X, <br><br> Defendant(s). <br><br>──────────────────────────── <br><br> VICTAULIC COMPANY, a foreign corporation, <br><br>  Third-Party Plaintiff, <br><br> vs. <br><br> INGERSOLL FASTENERS, DIVISION OF IFASTGROUPE AND COMPANY LIMITED PARTNERSHIP; MECON HAWAII LIMITED and DOE ENTITIES II-X, <br><br>  Third-Party Defendants. <br><br>──────────────────────────── | CIVIL NO. 07-00615 ACK-KSC |

|  |  |
|---|---|
| MECON HAWAII LIMITED, | ) |
|  | ) |
| Fourth-Party | ) |
| Plaintiff, | ) |
|  | ) |
| ACUTRON COMPANY, | ) |
| INCORPORATED; HBM | ) |
| ACQUISITIONS, L.L.C., dba | ) |
| HAWAIIAN BUILDING | ) |
| MAINTENANCE; AND DOE | ) |
| ENTITIES 1-10, | ) |
|  | ) |
| Fourth-Party | ) |
| Defendants. | ) |
| _____ | ) |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on November 16, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Deny Without Prejudice Plaintiffs' Motion to Enforce Settlement Agreement" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawai'i, December 7, 2009.



_____
Alan C. Kay
Sr. United States District Judge

DEG, LLC v. Victaulic Co., Civ. No. 07-00615 ACK-KSC:  Order Adopting Magistrate's Findings and Recommendation